IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-94-708-CR





GARLAND GAYBRIEL BERRY,



 APPELLANT



vs.




THE STATE OF TEXAS,



 APPELLEE


 




FROM THE DISTRICT COURT OF CALDWELL COUNTY, 22ND JUDICIAL DISTRICT



NO. 94-116, HONORABLE ROBERT T. PFEUFFER, JUDGE PRESIDING



 




PER CURIAM



 This is an appeal from a judgment of conviction for aggravated robbery. Appellant
has filed a motion to withdraw the appeal. No decision of this Court has been delivered. The
motion is granted and the appeal is dismissed. See Tex. R. App. P. 59(b).


Before Justices Powers, Aboussie and B. A. Smith

Appeal Dismissed on Appellant's Motion

Filed: December 21, 1994

Do Not Publish